UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAVONIX, INC.,

    Plaintiff,

v.                   C.A. No. 13-10348-LTS

BARCLAYS BANK PLC,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the settlement agreement of the parties, the parties hereby stipulate and agree that the captioned action shall be, and hereby is, dismissed with prejudice and without costs or fees, all right of appeal being waived.

| | |
|---|---|
| **PAVONIX, INC.**<br>By its attorneys, | **BARCLAYS BANK PLC**<br>By its attorneys, |
| /s/ Ronald M. Davids<br>Ronald M. Davids, BBO No. 115110<br>Young B. Han, BBO No. 664126<br>**DAVIDS & COHEN, P.C.**<br>40 Washington Street, Suite 20<br>Wellesley, MA 02481<br>781-416-5055 (t)<br>781-416-4344 (f) | /s/ John A. Shope<br>John A. Shope, BBO No. 562056<br>Daniel L. McFadden, BBO No. 676612<br>**FOLEY HOAG LLP**<br>155 Seaport Boulevard<br>Boston, MA 02210<br>617-832-1000 (t)<br>617-835-7000 (f) |

Dated: January 25, 2016

B4496478.2